

FILED
JAN 3 1 2019
Clerk, U.S District Court
District Of Montana
Missoula

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CONNOR SULLIVAN,<br><br>Defendant. | Case No. 2:17-PO-5003-JCL<br><br>VIOLATION: FBCX0041<br><br>DISPOSITION CODE: PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated July 31, 2017, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $105.00 to $50.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $50.00, which has been paid in full.

DATED this 29th day of January, 2019.

*Jeremiah C. Lynch*
JEREMIAH C. LYNCH
United States Magistrate Judge